UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>DEVIN BALLARD, PATRICK NEVILLE, LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-01704-APG-NJK<br><br>ORDER |

I ORDER the parties to file a proposed Joint Pretrial Order by January 10, 2022.

DATED THIS 1st day of December 2021.

_____
UNITED STATES DISTRICT JUDGE