**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants, LVMPD
   Devin Ballard and Patrick Neville

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>              Plaintiff,<br><br>vs.<br><br>DEVIN BALLARD, an Individual;<br>PATRICK NEVILLE, an Individual; and<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT,<br><br>              Defendants. | Case Number:  2:17-cv-01704-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FIRST REQUEST)** |

The Parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that the Joint Pretrial Order [ECF No. 19], currently due on January 10, 2022, be extended to and including Monday, February 7, 2022.

Counsel for Plaintiff has been in multiple labor arbitrations and is not scheduled to be done until after January 11, 2022.  Additionally, Defendants' counsel starts a labor arbitration on January 10 and the same will continue until January 11.  As such, the Parties respectfully request a brief extension of the deadline to submit the Joint Pretrial Order.  This request for extension is made in good faith and necessary to provide additional time for preparation of the Joint Pretrial Order and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Joint Pretrial Order be extended to and including Monday, February 7, 2022.

| | |
|---|---|
| Dated this 7th day of January, 2022. | Dated this 7th day of January, 2022. |
| LAW OFFICE OF DANIEL MARKS | MARQUIS AURBACH COFFING |
| By: /s/ Adam Levine, Esq.<br>Daniel Marks, Esq.<br>Nevada Bar No. 2003<br>Adam Levine, Esq.<br>Nevada Bar No. 4673<br>610 S. Ninth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff Charles Moser | By: /s/ Nick D. Crosby, Esq.<br>Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants, LVMPD<br>Devin Ballard and Patrick Neville |

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this _7th_ day of ___February___, 2022.

_____
United States District Judge