UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>DEVIN BALLARD, PATRICK NEVILLE, LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-01704-APG-NJK<br><br>**ORDER REJECTING PROPOSED JOINT PRETRIAL ORDER**<br><br>[ECF No. 23] |

　　　The parties' proposed joint pretrial order (ECF No. 23) violates Local Rule 16-3(b)(8) because it fails to include the schedule of exhibits and objections. I therefore reject it. The parties are ordered to submit a joint pretrial order that complies with the Local Rules by March 4, 2022. The failure to do so may result in dismissal of claims and defenses, and sanctions against parties and counsel.

　　　DATED THIS 16th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE