UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER, | Case No. 2:17-cv-01704-APG-NJK |
| Plaintiff, | **ORDER REJECTING SECOND PROPOSED JOINT PRETRIAL ORDER** |
| v. | |
| DEVIN BALLARD, PATRICK NEVILLE, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | [ECF No. 25] |
| Defendants. | |

The parties have filed a second proposed joint pretrial order (ECF No. 25) that, like its predecessor, violates Local Rule 16-3(b)(8).  While the parties have now included their lists of exhibits and objections, it appears the defendants have simply listed almost every document produced in this case (except those marked LVMPD-Moser 000224-329).  And the parties' objections are not tied to the specific exhibits as required by the Local Rules.  Thus, it is impossible to determine how to rule on those objections.  I therefore reject the proposed order.

The requirements set forth in Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement.  The parties cannot simply wait to make trial decisions until the eve of trial.  If they do, they cannot fully participate in settlement discussions.  The defendants are ordered to review their exhibits to determine whether all of them are reasonably necessary at trial.  Then, each side is to list its objections to the specific exhibit being objected to.  The parties shall submit a joint pretrial order that complies with the Local Rules by March 24, 2022.  The failure to do so may result in dismissal of claims and defenses, and sanctions against parties and counsel.

DATED THIS 8th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE