**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants, LVMPD
   Devin Ballard and Patrick Neville

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>              Plaintiff,<br><br>vs.<br><br>DEVIN BALLARD, an Individual;<br>PATRICK NEVILLE, an Individual; and<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT,<br><br>              Defendants. | Case Number:<br>2:17-cv-01704-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(THIRD REQUEST)** |

The Parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that the Joint Pretrial Order deadline [ECF No. 26] currently due on March 24, 2022, be extended to and including Monday, March 28, 2022.

Counsel for Parties have not been able to confer regarding the exhibits and objections outlined in the Proposed Joint Pretrial Order due to conflicting schedules. Counsel for Parties anticipate conferring on March 25, 2022 and finalizing the Joint Pretrial Order by no later than March 28, 2022.

. . .

. . .

. . .

. . .

. . .

WHEREFORE, the parties respectfully request that the Joint Pretrial Order be extended to and including Monday, March 28, 2022.

Dated this 24th day of March, 2022.            Dated this 24th day of March, 2022.

LAW OFFICE OF DANIEL MARKS            MARQUIS AURBACH

By: /s/ Adam Levine                                      By: /s/ Jackie V. Nichols
    Daniel Marks, Esq.                                    Nick D. Crosby, Esq.
    Nevada Bar No. 2003                                 Nevada Bar No. 8996
    Adam Levine, Esq.                                     Jackie V. Nichols, Esq.
    Nevada Bar No. 4673                                 Nevada Bar No. 14246
    610 S. Ninth Street                                        10001 Park Run Drive
    Las Vegas, Nevada 89101                          Las Vegas, Nevada 89145
    Attorneys for Plaintiff Charles Moser         Attorneys for Defendants, LVMPD
                                                                              Devin Ballard and Patrick Neville

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 25th day of __March_____, 2022.

_____
United States District Court            Judge

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (THIRD REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 24th day of March, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach