LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff Charles Moser*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN BALLARD, an individual,<br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT,<br><br>Defendants. | Case No. 2:17-cv-1704-APG-NJK<br><br>**STIPULATION AND ORDER<br>TO CONTINUE TRIAL<br>(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charles Moser and Defendants Devin Ballard and Las Vegas Metropolitan Police Department ("Defendants") by and through their undersigned counsel to continue the Trial Date set in this case for September 26, 2022.

When the parties selected three (3) dates of availability for trial for inclusion in the Joint Pre-Trial Order, Plaintiff's counsel made a mistake. Plaintiff's counsel misread his calendar and did not realize that he would be out of town on a pre-planned matter and not returning until September 27, 2022.

1

Plaintiff's counsel, upon discovery of the mistake, contacted Defendants' counsel on August 2, 2022 immediately following the conclusion of an unsuccessful settlement conference in this matter, and Defendant's' counsel has graciously agreed to a continuance. Counsel for the parties consulted with their calendars and determined that they would both be available for trial October 24-27, 2022, or November 14-18, 2022. Obviously, if later dates are necessary due to the Court's calendar, the parties can provide such.

This is the first request for a continuance of the trial in this case.

Dated this ___ day of August 2022.                           Dated this ___ day of August 2022.

LAW OFFICE OF DANIEL MARKS                                    MARQUIS AURBACH

By:  /s/Adam Levine, Esq.                          By:  Jackie V. Nichols, Esq.
     Daniel Marks, Esq.                                 Nick D. Crosby, Esq.
     Nevada Bar No. 2003                                Nevada Bar No. 8996
     Adam Levine, Esq.                                  Jackie V. Nichols, Esq.
     Nevada Bar No. 4673                                Nevada Bar No. 14246
     610 S. Ninth Street                                10001 Park Run Drive
     Las Vegas, Nevada 89101                            Las Vegas, Nevada 89145
     Attorneys for Plaintiff Charles Moser              Attorneys for Defendants, LVMPD
                                                        Devin Ballard and Patrick Neville

**ORDER**

IT IS SO ORDERED that the jury trial date set for September 26, 2022, in this matter is VACATED and reset for November 14, 2022 at 9:00 a.m.. Calendar call is reset for November 8, 2022 at 9:00 a.m. in Courtroom 6C.

DATED: August 8, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2