**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
Attorneys for Defendants, LVMPD
Devin Ballard and Patrick Neville

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARLES MOSER,

Plaintiff,

vs.

DEVIN BALLARD, an Individual; PATRICK NEVILLE, an Individual; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

Defendants.

Case Number: 2:17-cv-01704-APG-NJK

**STIPULATION AND ORDER TO CONTINUE TRIAL**

**(FOURTH REQUEST)**

Plaintiff Charles Moser ("Plaintiff"), by and through their attorneys of record, Daniel Marks, Esq. and Adam Levine, Esq. of Law Office of Daniel Marks, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Devin Ballard ("Ballard") and Patrick Neville ("Neville") (collectively "LVMPD Defendants"),, by and through their attorneys of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby submit this joint stipulation to continue the Trial Date currently set in this case on a stack for the week of July 10, 2023 [ECF No. 45].

Accordingly, the parties hereby stipulate and agree as follows:

1. The Court scheduled the trial stack [ECF No. 45] for the week of July 10, 2023 at 9:00 A.M.

2. Within the past week, counsel for Plaintiff learned that he will need to establish a guardianship for his elderly, 89-year-old father. Additionally, counsel for

Plaintiff must also assist his elderly father in transitioning from independent living housing to assisted living housing. Counsel for Plaintiff anticipates this will take up the majority of his time over the next 45 to 60 days. Due to the urgency to care for his father, counsel for Plaintiff will be unable to prepare for and attend trial on the currently scheduled stack.

3. Since the filing of the Third Request Defendants' counsel is now scheduled for a trial in the Eighth Judicial District Court, in Case No. A-20-811918-C to being on July 24, 2023 and is scheduled to last approximately 3 weeks.

4. The Parties agree to vacate the current trial setting on a stack the week of July 10, 2023 at 9:00 A.M. be vacated and the trial set no earlier than the month of November, 2023.

IT IS SO STIPULATED.

Dated this 12th day of June, 2023.

LAW OFFICE OF DANIEL MARKS

By: /s/ Adam Levine
Daniel Marks, Esq.
Nevada Bar No. 2003
Adam Levine, Esq.
Nevada Bar No. 4673
610 S. Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff Charles Moser

Dated this 12th day of June, 2023.

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants, LVMPD Devin Ballard and Patrick Neville

**ORDER**

IT IS SO ORDERED that the trial date set for July 10, 2023 in this matter is VACATED and reset for November 13, 2023 at 9:00 A.M. and calendar call on November 7, 2023 at 9:00 A.M. in LV Courtroom 6C.

IT IS SO ORDERED this 12th day of June, 2023.

United States District Court Judge

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816