LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff Charles Moser*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN BALLARD, an individual,<br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT,<br><br>Defendants. | Case No. 2:17-cv-1704-APG-NJK<br><br>**STIPULATION AND ORDER<br>TO APPEAR AT STATUS CHECK BY<br>SIMULTANEOUS AUDIOVISUAL<br>TRANSMISSION EQUIPMENT**<br><br>Date of Hearing:   January 16, 2024<br>Time of Hearing:   9:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charles Moser and Defendants Devin Ballard and Las Vegas Metropolitan Police Department ("Defendants") by and through their undersigned counsel that Plaintiff's counsel will appear by Simultaneous Audiovisual Transmission Equipment for the Status Hearing to discuss new dates for trial in the above-captioned case.

///

///

///

1

Defendants' counsel will appear in person since she has a state court hearing right after our hearing, but does not have any objection to Plaintiff's counsel appearing by video. Therefore, Plaintiff's counsel hereby requests that a video link be sent to the following email addresses, alevine@danielmarks.net and jharper@danielmarks.net, for his appearance on behalf of Plaintiff.

Dated this 11th day of January 2024.                    Dated this 11th day of January 2024.

LAW OFFICE OF DANIEL MARKS                              MARQUIS AURBACH

By:     /s/Adam Levine, Esq.                            By:     /s/Jackie V. Nichols, Esq.
        Daniel Marks, Esq.                                      Jackie V. Nichols, Esq.
        Nevada Bar No. 2003                                     Nevada Bar No. 14246
        Adam Levine, Esq.                                       10001 Park Run Drive
        Nevada Bar No. 4673                                     Las Vegas, Nevada 89145
        610 S. Ninth Street                                     *Attorneys for Defendants, LVMPD
        Las Vegas, Nevada 89101                                 Devin Ballard and Patrick Neville*
        *Attorneys for Plaintiff Charles Moser*

## ORDER

IT IS SO ORDERED that counsel for the Plaintiff is allowed to appear by audiovisual transmission. The Court shall email the link for said Status Conference at least one day before the Status Hearing set for January 16, 2024 at 9:00 a.m.

DATED: __Janaury 16__, 2024.

_____
U.S. DISTRICT JUDGE

2