**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   *Attorneys for Defendants LVMPD, Devin Ballard and Patrick Neville*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>                    Plaintiff,<br><br>      vs.<br><br>DEVIN BALLARD, an Individual;<br>PATRICK NEVILLE, an Individual; and<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT,<br><br>                    Defendants. | Case Number:<br>2:17-cv-01704-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(SIXTH REQUEST)** |

Plaintiff Charles Moser ("Plaintiff"), by and through their attorneys of record, Daniel Marks, Esq. and Adam Levine, Esq. of Law Office of Daniel Marks, and Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Devin Ballard ("Ballard") and Patrick Neville ("Neville") (collectively "LVMPD Defendants"),, by and through their attorneys of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby submit this joint stipulation to continue the trial date currently set in this case on a stack for the week of January 22, 2024 [ECF No. 51].

Accordingly, the parties hereby stipulate and agree as follows:

1. The Court scheduled the trial stack [ECF No. 51] for the week of January 22, 2024 at 9:00 A.M.

2. Plaintiff's counsel, Daniel Marks, Esq., will be out of the country beginning February 7, 2024 and not returning until February 26, 2024.

3. The Las Vegas Metropolitan Police Department (LVMPD) has a conflict with a firm trial date of January 22-26, 2024 in the case of *K.C., a minor, by and through her guardian Carolina Navarro; et. al, v. LVMPD, et al.*, United States District Court, District of Nevada Case No. 2:16-cv-03039-RFB-NJK.

4. LVMPD also has a conflict with a firm trial date of January 23-26, 2024 in the case of *Billy Cepero v. Gillespie, et al.*, United States District Court, District of Nevada Case No. 2:11-cv-01421-JAD-NJK.

5. The above-mentioned trials would affect LVMPD's ability to have a representative at trial in the current case.

. . .

MAC:14687-068 5337916_2 1/8/2024 2:53 PM

6. The Parties agree to vacate the current trial setting on a stack the week of January 22, 2024 at 9:00 A.M. be vacated and the trial set no earlier than the month of April, 2024.

IT IS SO STIPULATED.

Dated this <u>8th</u> day of January, 2024.

LAW OFFICE OF DANIEL MARKS

By: <u>  /s/ Adam Levine           </u>
    Daniel Marks, Esq.
    Nevada Bar No. 2003
    Adam Levine, Esq.
    Nevada Bar No. 4673
    610 S. Ninth Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff Charles Moser

Dated this <u>8th</u> day of January, 2024.

MARQUIS AURBACH

By: <u>  /s/ Jackie V. Nichols          </u>
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants LVMPD,
    Devin Ballard and Patrick Neville

## ORDER

IT IS SO ORDERED that the trial date set for January 22, 2024 in this matter is VACATED and reset for <u>May 6</u>, 2024 at <u>9:00 A.</u>M. and calendar call on <u>April 30</u>, 2024 at <u>9:00 A.</u>M. in LV Courtroom 6C.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 16, 2024