**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants LVMPD, Devin Ballard and Patrick Neville

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DEVIN BALLARD, an Individual;<br>PATRICK NEVILLE, an Individual; and<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT,<br><br>                    Defendants. | Case Number:<br>2:17-cv-01704-APG-NJK<br><br>**STIPULATION AND ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Charles Moser ("Plaintiff"), by and through their attorneys of record, Daniel Marks, Esq. and Adam Levine, Esq. of Law Office of Daniel Marks, and Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Devin Ballard ("Ballard") and Patrick Neville ("Neville") (collectively "LVMPD Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following.

Accordingly, the parties met and conferred on Thursday, April 4, 2024 and agreed to the following terms:

1. The parties hereby agree and stipulate that the term "demotion" is prohibited during trial and the proper term to describe the action taken against Plaintiff is a disciplinary transfer.

2. The parties further stipulate that the conclusion from the Labor Management Board is excluded.

3. During the meet and confer, the parties discussed the exclusion of Plaintiff's expert Dr. Thomas Carrol. Plaintiff indicated that he will attempt to supplement Dr. Carrol's report as soon as possible and hopefully by April 12, 2024.

4. As such the parties stipulate that upon receipt of the supplement report, Defendants shall have one week to file a motion in limine, if necessary, regarding the supplemental expert report.

5. If Defendants do file a motion in limine as to the supplemental expert report, the parties will submit a stipulation as to an expedited briefing schedule so the Court has an opportunity to rule on any motion prior to trial.

6. Neither party waives any argument as to the supplement expert by agreeing to move the motion in limine deadlines.

IT IS SO STIPULATED.

Dated this 5th day of April, 2024.

LAW OFFICE OF DANIEL MARKS

By: /s/ Adam Levine
Daniel Marks, Esq.
Nevada Bar No. 2003
Adam Levine, Esq.
Nevada Bar No. 4673
610 S. Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff Charles Moser

Dated this 5th day of April, 2024.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Devin Ballard and Patrick Neville

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2024

Page 2 of 3

MAC:14687-068 5438311_2 4/5/2024 1:58 PM