**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
    *Attorneys for Defendants LVMPD, Devin Ballard and Patrick Neville*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>    Plaintiff,<br><br>vs.<br><br>DEVIN BALLARD, an Individual;<br>PATRICK NEVILLE, an Individual; and<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT,<br><br>    Defendants. | Case Number:<br>2:17-cv-01704-APG-NJK<br><br>**STIPULATION AND ORDER – JOINT STATUS REPORT**<br><br>**(FIRST REQUEST)** |

Plaintiff Charles Moser ("Plaintiff"), by and through his attorneys of record, Daniel Marks, Esq. and Adam Levine, Esq. of Law Office of Daniel Marks, and Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Devin Ballard ("Ballard") and Patrick Neville ("Neville") (collectively "LVMPD Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following.

1.   Pursuant to the Court's Minute Order [ECF No. 94], the last day for the parties to file a stipulation to dismiss or a joint status report is currently due on June 27, 2024.

2.   The parties have reached a resolution and Plaintiff has signed the settlement agreement, but is awaiting issuance and receipt of settlement funds. Thus, the parties cannot formally finalize their resolution of this case (stipulated dismissal) by the current deadline, until issuance of the settlement funds.

3.   The Parties have agreed to an additional fourteen (14) day extension.

4. Accordingly, the parties further agree that the deadline currently set for June 27, 2024 shall be extended to Thursday, July 11, 2024.

5. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 25th day of June, 2024.

LAW OFFICE OF DANIEL MARKS

By: /s/ Adam Levine
Daniel Marks, Esq.
Nevada Bar No. 2003
Adam Levine, Esq.
Nevada Bar No. 4673
610 S. Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff Charles Moser

Dated this 25th day of June, 2024.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Devin Ballard and Patrick Neville

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 25, 2024