**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants LVMPD, Devin Ballard and Patrick Neville

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>           Plaintiff,<br><br>   vs.<br><br>DEVIN BALLARD, an Individual;<br>PATRICK NEVILLE, an Individual; and<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT,<br><br>           Defendants. | Case Number:<br>2:17-cv-01704-APG-NJK<br><br>**STIPULATION AND ORDER – JOINT STATUS REPORT**<br><br>**(SECOND REQUEST)** |

   Plaintiff Charles Moser ("Plaintiff"), by and through his attorneys of record, Daniel Marks, Esq. and Adam Levine, Esq. of Law Office of Daniel Marks, and Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Devin Ballard ("Ballard") and Patrick Neville ("Neville") (collectively "LVMPD Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following.

   1.   Pursuant to the Stipulation and Order - Joint Status Report (First Request) [ECF No. 96], the last day for the parties to file a stipulation to dismiss or a joint status report is currently due on July 11, 2024.

   2.   The parties have reached a resolution and the settlement documentation has been signed. The Department anticipates settlement checks will be issued today, but due to the fact Plaintiff's counsel is in arbitration the remainder of the week, it is likely that receipt of the checks will not occur until Monday, July 15, 2024.

MAC:14687-068 5537106_1 7/11/2024 9:56 AM

3. Due to this, the Parties have agreed to an additional four (4) day extension.

4. Accordingly, the parties agree that the deadline currently set for July 11, 2024 shall be extended to Monday, July 15, 2024.

5. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 11tth day of July, 2024.

LAW OFFICE OF DANIEL MARKS

By: /s/ Adam Levine
Daniel Marks, Esq.
Nevada Bar No. 2003
Adam Levine, Esq.
Nevada Bar No. 4673
610 S. Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff Charles Moser

Dated this 11th day of July, 2024.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Devin Ballard and Patrick Neville

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 12, 2024