**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants, LVMPD
   Devin Ballard and Patrick Neville

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MOSER,<br><br>                Plaintiff,<br><br>vs.<br><br>DEVIN BALLARD, an Individual; PATRICK NEVILLE, an Individual; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>                Defendants. | Case Number:<br>2:17-cv-01704-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      The Parties, Plaintiff Charles Moser ("Plaintiff"), by and through their attorneys of record, Daniel Marks, Esq. and Adam Levine, Esq. of Law Office of Daniel Marks, and Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Devin Ballard ("Ballard") and Patrick Neville ("Neville") (collectively "LVMPD Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, that the parties agree as follows:

      1.    Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice as to Plaintiff and LVMPD Defendants; and

. . .

. . .

. . .

. . .

2. Each party will bear its own attorney fees and costs.

IT IS SO STIPULATED.

DATED this 15 day of July, 2024                    DATED this 15th day of July, 2024

LAW OFFICE OF DANIEL MARKS                        MARQUIS AURBACH

By: _____                      By: /s/ Jackie V. Nichols
Daniel Marks, Esq.                                 Nick D. Crosby, Esq.
Nevada Bar No. 2003                                Nevada Bar No. 8996
Adam Levine, Esq.                                  Jackie V. Nichols, Esq.
Nevada Bar No. 4673                                Nevada Bar No. 14246
610 S. Ninth Street                                10001 Park Run Drive
Las Vegas, Nevada 89101                            Las Vegas, Nevada 89145
Attorneys for Plaintiff Charles Moser              Attorneys for Defendants LVMPD
                                                   Devin Ballard and Patrick Neville

## ORDER

IT IS SO ORDERED that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs.

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 16, 2024